Jackson agt. Figaniere.

# SUPREME COURT.

## GEORGE T. JACKSON agt. CÆSAR H. S. FIGANIERE.

Under § 309 of the Code, a *per centage* may be allowed on the entry of judgment for the issuing of an attachment, although no property has been attached.

*New - York Special Term, February,* 1858.

THIS was a motion by way of appeal from the adjustment of the costs by the county clerk, who had allowed upon the entry of judgment, a per centage for the issuing of an attachment, although no property had been attached, holding that by the wording of § 309 of the Code of Procedure, the per centage was to be computed upon the amount " claimed or attached." The motion was made to reduce the costs as adjusted, by striking out the item of allowance.

ROBERT B. ROOSEVELT, *for the plaintiff.*
CHARLES N. BLACK, *for the defendant.*

DAVIES, Justice—Held, that the sections of the Code concerning costs, should be liberally construed, and that under the wording and intent of § 309, the per centage was allowable, and was properly inserted in the judgment.

Motion denied, without costs.